UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) RONNIE BOSWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>1) SHELTER INSURANCE COMPANIES,<br><br>    Defendant. | Case No.   18-CV-20-SPS |

### NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW Defendant, Shelter Mutual Insurance Company, improperly named as "Shelter Insurance Companies", Petitioner herein, and removes this case from the District Court of Muskogee County, State of Oklahoma to the United States District Court for the Eastern District of Oklahoma on the following grounds:

1. Petitioner, Shelter Mutual Insurance Company, is the Defendant in a civil action commenced on December 22, 2017, in the District Court of Muskogee County, being Case No. CJ-2017-471, entitled *Ronnie Boswell v. Shelter Insurance Companies*.

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and which the Defendant, Shelter Mutual Insurance Company, is entitled to remove to this Court, pursuant to 28 U.S.C. §1441, *et seq.*, in that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and the action is between citizens of different states, as at the time of the commencement of this action and at all times subsequent thereto.

3. The Plaintiff, Ronnie Boswell, has been and still is a citizen of the State of Oklahoma.

4. The Defendant, Shelter Mutual Insurance Company, is a corporation organized under the laws of the State of Missouri and has its principal place of business in the State of Missouri.

5. This Notice is timely filed with this Court within thirty (30) days after service upon the Petitioners of Summons by which this case became removable.

6. A copy of the state court docket sheet is attached hereto as Exhibit "1."

7. A file-stamped copy of the Petition is attached hereto as Exhibit "2" and is incorporated herein by reference.

8. A copy of the first issued Summons to Shelter Mutual Insurance Company, improperly named as "Shelter Insurance Companies" is attached hereto as Exhibit "3" and is incorporated herein by reference.

9. A copy of the second issued Summons to Shelter Mutual Insurance Company, improperly named as "Shelter Insurance Companies" is attached hereto as Exhibit "4" and is incorporated herein by reference.

10. The Plaintiff, Ronnie Boswell, claimed in his Petition the amount sought as damages are in excess of the amount required for diversity jurisdiction pursuant to §1332 of Title 28 of the United States Code. (See Ex. 2, Petition)

WHEREFORE, Petitioner, Shelter Insurance Companies, prays that the above action now pending in the District Court of Muskogee County, State of Oklahoma, being Case No. CJ-2017-471, be removed from that Court to this Court.

        *s/R. Ryan Deligans*
        R. Ryan Deligans, OBA #19793
        Andrew M. Gunn, OBA #19470
        Durbin, Larimore & Bialick
        920 North Harvey
        Oklahoma City, OK 73102-2610
        Telephone:  (405) 235-9584
        Facsimile:  (405) 235-0551
        E-Mail: dlb@dlb.net
        Attorney for Defendant

## CERTIFICATE OF SERVICE

☒I hereby certify that on January 12, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

D. D. Hayes, OBA #4002
Hayes Law Office
PO Box 1389 - 222 N 4th Street
Muskogee, OK 74402
Telephone: (918) 681-0529
Facsimile: (918) 681-0533
hayeslaw2@gmail.com
Attorney for Plaintiffs

        *s/R. Ryan Deligans*
        R. Ryan Deligans

1413.0536\#17607035v1<OKC> -Removal Docs