IN THE DISTRICT COURT OF MUSKOGEE COUNTY

STATE OF OKLAHOMA

RONNIE BOSWELL, )
)
          Plaintiff, )
)
- vs - ) No. CJ-2017- 471
)
SHELTER INSURANCE COMPANIES, )
)
          Defendant. )

*FILED BY PAULA SEXTON, DISTRICT COURT CLERK, DEC 22 2017, MUSKOGEE COUNTY, OK*

## PETITION

1. The plaintiff is an individual and resides in Muskogee County, Oklahoma.

2. Defendant is an insurance company with authority to transact insurance in Oklahoma.

3. On or about November 30, 2015 defendant issued a homeowners insurance policy to plaintiff.

4. On or about December 26, 2015, Plaintiff suffered property damage as a result of a rain and wind storm at the plaintiff's home located at 3340 Gulick St., Muskogee, OK.

5. On or about February 23, 2016 the plaintiff filed a claim with the defendant for benefits covered under the insurance policy for damage to real and personal property located at the insured premises.

6. The plaintiff's damages as a result of the rain and wind storm exceed $75,000. The defendant has refused to pay in accordance with the terms of the insurance policy in violation of its obligations under the policy and its duty of good faith and fair dealing. The defendant's refusal to settle this claim was unreasonable under the circumstances.

7. As a result of defendant's refusal to settle the claim in accordance with the terms of this policy the plaintiff has had to pay in excess of $75,000 for repairs to the real property and replacement of personal property damaged as a result of the wind and rain storm.

8. Plaintiff has suffered mental pain and suffering on account of defendant's refusal to settle the claim.

Wherefore, premises considered, plaintiff prays that the court entered judgment against the defendant in favor of the plaintiff or actual and punitive damages in an amount in excess of $75,000 and for such other relief as may be just.

_____
D. D. Hayes   OBA #4002
Hayes Law Office
P. O. Box 1389
222 N. 4th Street
Muskogee, Oklahoma 74402
Telephone (918) 681-0529
Fax (918) 681-0533
Attorney for Plaintiff